IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA.

RECEIVED
BY MAIL
MAR 2 4 2005
CLERK, US DIST. COURT
ST. PAUL, MN

TOMAS RODRIGUEZ, JR.,
Petitioner,

v.

UNITED STATES OF AMERICA,
Respondent.

Criminal No. 00-276(1)(JRT/FLN)
Civil No. 04-1371 (JRT)

Petitioner's (Pro Se) Appeal from Courts Denial of § 2255 Motion.

TO THE HONORABLE COURT:

The above captioned petitioner appeals from the Court's order dated March 8, 2005 denying the petitioners motions to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 (Docket Nos. 163 and 166) and the denial of a certificate of appealability as to all other issues that are not in respect to the question of whether BLAKELY applies retroactively to cases on collateral review.

Petitioner moves this court to docket this herein appeal, record, file and transmit all records to the appellate Court on all issues to include but not limited to BLAKELY issues. Also, to acknowledge and confirm receipt of the aforestated appeal.

Respectfully submitted,

Tomas Rodriguez Jr.
Tomas Rodriguez, Jr.

Dated: 03-21-05

SCANNED
MAR 2 5 2005
U.S. DISTRICT COURT ST. PAUL