# UNITED STATES DISTRICT COURT
## District of Minnesota

RECEIVED
05 MAY -9 PM 3:18
CLERK, U.S. DIST COURT
ST. PAUL, MN

Richard D. Sletten, Clerk
Wendy S. Osterberg, Chief Deputy Clerk

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 Federal Building
515 West. First Street
Duluth, MN 55802
(218) 529-3500

212 U.S. Courthouse
118 South Mill Street
Fergus Falls, MN 56537
(218) 739-5758

## TRANSMITTAL SHEET

Copy

**Date:** May 5, 2005

**To:** U.S. COURT OF APPEALS, 8TH CIRCUIT

**From:** Gina Olsen, U.S. District Court - St. Paul, Minnesota

**Appeal Number:** **Not Available**

**District Court Number:** CR 00-276(1) JRT/FLN **Tomas Rodriguez, Jr.**

### TRANSMITTED HEREWITH:

Three (3) Designated Clerk's Records

(x) Entered in ECF (USDC purposes only)

---

### USCA ACKNOWLEDGMENT

Received

By:

Returned to District Court

Date:

By:

RECEIVED
MAY 06 2005
U.S. COURT OF APPEALS
EIGHTH CIRCUIT - ST. PAUL

SCANNED
MAY 09 2005
U.S. DISTRICT COURT ST. PAUL

# UNITED STATES DISTRICT COURT
## District of Minnesota

Richard D. Sletten, Clerk
Wendy S. Osterberg, Chief Deputy Clerk

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 Federal Building
515 West. First Street
Duluth, MN 55802
(218) 529-3500

212 U.S. Courthouse
118 South Mill Street
Fergus Falls, MN 56537
(218) 739-5758

## DESIGNATION OF RECORD

United States of America

Appeal No. Not Available

vs.

Tomas Rodriguez, Jr. (1)

Criminal No. 00-276(1) JRT/FLN

Date delivered to U.S.C.A.: May 6, 2005

Prepared by: GMO

# U.S. DISTRICT COURT
## District of Minnesota

UNITED STATES OF AMERICA

vs.

**Tomas Rodriguez, Jr.**

U.S.C.A. #: Not Available
District Court #: Criminal 00-276(1) JRT/FLN

## INDEX


| | | Date Filed | Page Numbers |
|---|---|---|---|
| 1. | INDICTMENT | 9/20/00 | 1-4 |
| 2. | PRO SE MOTION RE: 2255 | 3/23/04 | 5-10 |
| 3. | ORDER BY JUDGE TUNHEIM RE: 2255 MOTION | 4/9/04 | 11 |
| 4. | GOVERNMENT';S OPPOSITION RE: 2255 MOTION | 5/7/04 | 12-20 |
| 5. | PRO SE SUPPLEMENTAL MOTION TO CORRECT | 7/7/04 | 21 |
| 6. | ORDER RE: 2255 MOTION | 3/8/05 | 22-31 |
| 7. | APPLICATION FOR CERTIFICATE OF APPEALABILITY | 3/24/05 | 32 |
| 8. | NOTICE OF APPEAL | 3/24/05 | 33 |
| 9. | DOCKET SHEET | | 34-41 |