# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

No. 05-1904

CR 00-276(1)JRT/FLN

| | | |
|---|---|---|
| Tomas Rodriguez, Jr., | * | |
| | * | |
| Appellant, | * | Appeal from the United States |
| | * | District Court for the District |
| v. | * | of Minnesota. |
| | * | |
| United States of America, | * | [UNPUBLISHED] |
| | * | |
| Appellee. | * | |

Submitted: October 19, 2005
Filed: October 27, 2005

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans

Before ARNOLD, FAGG, and SMITH, Circuit Judges.

PER CURIAM.

Thomas Rodriguez, Jr., appeals the district court's[*] judgment denying Rodriguez's 28 U.S.C. § 2255 motion to vacate his sentence. The sole issue presented is whether United States v. Booker, 125 S. Ct. 738 (2005), is retroactively applicable to final convictions on collateral review. This issue has been resolved adversely to Rodriguez in Never Misses A Shot v. United States, 413 F.3d 781, 783-84 (8th Cir. 2005) (per curiam), and his section 2255 motion is foreclosed. We affirm the district court. See 8th Cir. R. 47B.

[*]The Honorable John R. Tunheim, United States District Judge for the District of Minnesota.

SCANNED
JAN 03 2006
U.S. DISTRICT COURT ST. PAUL